AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

MARILYN BONACHEA

## WARRANT FOR ARREST

98-0259 CR-HIGHSMITH

MAGISTRATE JUDGE
JOHNSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Marilyn Bonachea

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

FILED by _____ D.C.
MAG SEC
APR 15 1998
CARLOS JUENKE
S D OF FLA MIAMI

in violation of Title 18, United States Code, §§371, 982, 1503, 1512, 1621, 1622, 1623, 1956, and Title 31, United States Code, §5324

LINNEA JOHNSON

Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

MAGISTRATE JUDGE
JOHNSON

Signature of Issuing Officer

Miami, Florida, 4/15/98
Date and Location

Bail fixed at $ _____  P.T.D.

by LINNEA JOHNSON
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT Marilyn Bonachea

$ *Pre-Trial Detention* (Surety, Recognizance, Corp. Surety, Cash) **(Jail)**
(On Bond) (Warrant) (Summons) (Marshal's ~~Custody~~)

By: _____
MICHAEL P. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY

Last Know Address: _____

What Facility: _____

Agent(s): S/A Mario Tariche
**(FBI)** (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (OTHER)