B.016   9/15/03

Unsealed 9/15/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 98-259-CR-HIGHSMITH



UNITED STATES OF AMERICA )
)
V. )
)
MARILYN BONACHEA )
_____)

### GOVERNMENT'S SEALED MOTION TO UNSEAL ALL PLEADINGS AND PROCEEDINGS IN THIS CASE

COMES NOW the United States of America by and through its undersigned Assistant United States Attorney and files this motion to unseal all pleadings and proceedings in this case. As grounds the government states as follows:

1.   Upon government motion at the time of the filing of the indictment in this case, all pleadings were sealed, and proceedings in the case were conducted in a sealed courtroom. The defendant and her counsel agreed to these arrangements because she was cooperating with the government in an investigation of persons committing violence against government witnesses.

2.   Since that time the Court has granted government motions to unseal some pleadings in the case, in order to permit the government to comply with its Brady/Giglio obligations concerning defendant Bonachea, who was testifying for the government in other cases, most particularly in the trial of United States v. Magluta & Falcon, et al., case no. 99-583-Cr-Seitz.

3.   Defendant Bonachea is now scheduled to be sentenced by this Court on September 11, 2003. Since she has testified for the government in six different trials, her status as a cooperating government witness is well-known to her former co-conspirators, and indeed, to the public at large. The government respectfully suggests that no further legitimate purpose is served by maintaining this

1



case, its pleadings, and proceeding, sealed from public scrutiny.

4. The government has consulted with defendant Bonachea's attorney, Dan Forman, Esq., regarding the relief sought by this motion. Mr. Forman advises that he does not object to the granting of this motion.

WHEREFORE, for all of the foregoing reasons the government respectfully requests that all pleadings and proceedings in this case be unsealed.

Respectfully submitted

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *[signature]*
MICHAEL P. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY
SENIOR LITIGATION COUNSEL
99 N.E. 4th Street
Miami, FL 33132
Tel. (305) 961-9274
Fax. (305) 536-4675
Fla. Bar #134814

## CERTIFICATE OF SERVICE

I HERE BY CERTIFY that a true and correct copy of the afore-mentioned was mailed this 28th day of August, 2003, to: Dan Forman, Esq., 1401 Brickell Avenue, Suite 800, Miami, FL 33131.

MICHAEL P. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY

Unsealed 9/15/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-259-CR-HIGHSMITH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MARILYN BONACHEA

    Defendant.

DE 40

COPY FOR JUDGE

ORDER RE: SEALED FILING

*Party Filing Matter Under Seal*

| | |
|---|---|
| Name: | United States of America |
| Address: | 99 N.E. 4th Street, Miami, FL |
| Telephone: | (305) 961-9274 |

On behalf of (select one):    ☒ Plaintiff    ☐ Defendant

Date sealed document filed: _____

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry: _____

The matter will remain sealed until:

☐ Conclusion of Trial    ☐ Arrest of First Defendant

☐ Case Closing    ☐ Conclusion of Direct Appeal

☒ Other    Court Order

☐ Permanently. Specify the authorizing law, rule, court order: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file    ☐ Destroyed    ☐ Returned to the party or counsel for the party, as identified above

It is **ORDERED and ADJUDGED** that the proposed sealed document is hereby:

☐ Sealed    ☒ NOT Sealed    ☐ Other _____

The matter may be unsealed after:

☐ Conclusion of Trial    ☐ Arrest of First Defendant    ☐ Remain Sealed

☐ Case Closing    ☐ Conclusion of Direct Appeal    ☐ Other _____

DONE and ORDERED at Miami, Florida this 12 day of _____



SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE
by

This document has been disposed of in the following manner _____

```
 [docket  ]                    CIVIL/CRIMINAL              [vdkttext]
 4. Queries                      Docketing


 Docket #   : 1:98 cr-259                                   LRJ
 Short Title: USA                 v. Bonachea
 Type: cr         Judge: Highsmith          Magistrate:



                Summary of Event that Created the Document

 Filed     Entry Date  Last Update    History ID    Docketed by
 8/28/03    8/29/03    **/**/**        5890659         mh
   +                                                       +
       SEALED DOCUMENT as to Marilyn Bonachea




      +viewing docket text                            +
 Transaction: kseal doc  /  /

  Command mode (? for commands)
```